## Webb, Donnise (CCL)

| | |
|---|---|
| **From:** | Webb, Donnise (CCL) |
| **Sent:** | Monday, January 07, 2019 6:53 PM |
| **To:** | 'Joseph Farzam' |
| **Cc:** | 'Hilda Konarik Akbarian'; 'bchase@cruiselawmiami.com'; Navarro, Gelsis (CCL) |
| **Subject:** | Response needed by 9:30 PST on 1/8/19 - URGENT - HORACE DAVIS v CARNIVAL |

Good Evening, Joe and Hilda.

In follow up with my conversation with Joe this afternoon, and pursuant to Local Rule 7.1, please advise by 9:30 am PST/12:30 EST whether Mr. and Mrs. Davis will agree to appear for video conference deposition this week prior to 1/11/19, as previously requested. Otherwise, Carnival will file a Motion to Compel Deposition and/or to Strike Plaintiff's Complaint for failure to appear for deposition.

Best regards,

**Donnise DeSouza Webb, Esq.**
**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838 | 🖷: 305.406.4732 | ddesouza@carnival.com

---

**From:** Webb, Donnise (CCL)
**Sent:** Monday, January 07, 2019 12:20 PM
**To:** 'Joseph Farzam'
**Cc:** 'Hilda Konarik Akbarian'; 'bchase@cruiselawmiami.com'; Navarro, Gelsis (CCL)
**Subject:** RE: Response needed today please - URGENT - HORACE DAVIS v CARNIVAL
**Importance:** High

Good morning Joe and Hilda.

I am following up on my conversation Friday with Joe. Please confirm on which of the following dates the Davises will sit for deposition. I am again asking your cooperation, as I would prefer not to file a motion with the court in light of the Friday discovery cut-off. Please advise by 1 pm PST/4 pm EST so that we have sufficient time to make arrangements with the court reporter.

Tuesday, 1/8/18: start time anytime 9 am to 7 pm EST
Wednesday, 1/9/18: start time anytime 3 pm to 7 pm EST
Thursday, 1/10/18: start time anytime 5 pm to 7 pm EST (this is my least available date)

Best regards,

**Donnise DeSouza Webb, Esq.**
**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838 | 🖷: 305.406.4732 | ddesouza@carnival.com

---

**From:** Webb, Donnise (CCL)
**Sent:** Friday, January 04, 2019 4:13 PM



EXHIBIT
C

**To:** 'Joseph Farzam'
**Cc:** Hilda Konarik Akbarian; bchase@cruiselawmiami.com; Navarro, Gelsis (CCL)
**Subject:** Response needed today please - URGENT - HORACE DAVIS v CARNIVAL
**Importance:** High

Hi Joe.

I was hoping to speak to you today in this matter in light of Judge Ungaro's denial of our motion to extend deadlines or to stay.

**<u>I will need to depose Mr. and Mrs. Davis next week</u>**.  In light of the fact that we attempted to accommodate Mr. Davis with regard to his return trip to South Florida, I am requesting your accommodation of this request for depositions.   The depositions can be held in your office, if you would like.  I have availability on the following dates and times (all based on EST):

Tuesday, 1/8/18:  start time anytime 9 am to 7 pm EST
Wednesday, 1/9/18:  start time anytime 3 pm to 7 pm EST
Thursday, 1/10/18:  start time anytime 5 pm to 7 pm EST (this is my least available date)

I also remain open to settlement negotiations in a reasonable range, and am happy to discuss this will you, as well.

Best regards,

**Donnise DeSouza Webb, Esq.**
**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838 | 📠: 305.406.4732 | ddesouza@carnival.com

---

**From:** Joseph Farzam [mailto:joseph@farzamlaw.com]
**Sent:** Monday, December 31, 2018 3:56 AM
**To:** Webb, Donnise (CCL)
**Cc:** Hilda Konarik Akbarian; bchase@cruiselawmiami.com; Navarro, Gelsis (CCL)
**Subject:** Re: URGENT HORACE DAVIS v CARNIVAL - Motion to Extend deadlines

Hi Donnise,

I have no substantive changes. Only the word "files" in the first sentence should be "file".  Happy new year!

Kind Regards,

Joseph S. Farzam, Esq.
JOSEPH FARZAM LAW FIRM
-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890
Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial firm fighting to get Justice for victims"

On Dec 27, 2018, at 2:07 PM, Webb, Donnise (CCL) <DDeSouza@carnival.com> wrote:

Hi Joe and Brandon

Happy holidays.  Attached please find a draft joint motion to continue.  Please feel free to propose changes.  We should file it as soon as possible.

Best regards,

**Donnise DeSouza Webb, Esq.**
**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838 | 📠: 305.406.4732 | ddesouza@carnival.com

---

**From:** Joseph Farzam [mailto:joseph@farzamlaw.com]
**Sent:** Friday, December 14, 2018 11:56 AM
**To:** Webb, Donnise (CCL)
**Cc:** Hilda Konarik Akbarian; bchase@cruiselawmiami.com
**Subject:** Re: HORACE DAVIS v CARNIVAL mediation on October 5, 2018 @ 10:00

Hi Donnise:

Following up on the below email. Are you going to make a motion?

Kind Regards,

Joseph S. Farzam, Esq.
JOSEPH FARZAM LAW FIRM
-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890
Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial firm fighting to get Justice for victims"

On Dec 6, 2018, at 2:07 AM, Joseph Farzam <joseph@farzamlaw.com> wrote:

Hi Donnise,

See attached. This is all the client could get re his knee surgery. As stated in there, his restriction is through February. How do you propose we proceed with our continuance request?  Would you like to draft a stipulation or file a motion?

Kind Regards,

Joseph S. Farzam, Esq.
JOSEPH FARZAM LAW FIRM
-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890

Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial firm fighting to get Justice for victims"

Begin forwarded message:

> **From:** "Hilda akbarian " <hilda@farzamlaw.com>
> **Date:** December 5, 2018 at 12:31:51 PM PST
> **To:** "'Brandon L. Chase'" <bchase@cruiselawmiami.com>,
> <joseph@farzamlaw.com>
> **Cc:** "'Courtney Druckman'" <assistant@cruiselawmiami.com>,
> "'Yilian Pimienta'" <ypimienta@cruiselawmiami.com>
> **Subject: RE: HORACE DAVIS v CARNIVAL mediation on
> October 5, 2018 @ 10:00**
>
> Dear Mr. Chase:
>
> Client emailed me the attached re his inability to fly due to his surgery.
>
> **Hilda Akbarian-Legal Assistant**
> **JOSEPH FARZAM LAW FIRM**
> 11766 Wilshire Blvd., Suite 280
> Los Angeles, California, 90025
> Phone (310) 226-6890
> Fax (310) 226-6891
> www.farzamlaw.com

> **From:** Brandon L. Chase [mailto:bchase@cruiselawmiami.com]
> **Sent:** Wednesday, October 03, 2018 4:31 PM
> **To:** joseph@farzamlaw.com
> **Cc:** hilda@farzamlaw.com; Courtney Druckman; Yilian Pimienta
> **Subject:** Fwd: HORACE DAVIS v CARNIVAL mediation on October 5,
> 2018 @ 10:00
>
> Joe,
>
> When are you arriving into town? As someone who practices
> regularly with Donnise and the cruise lines I don't see this
> resolving Friday. They need to depose the client and have the
> CME. They're just going to force you here again sometime later —
> court will not take kindly to not coordinating this all during this
> week, especially since this was planned a month or so ago.
>
> I invite your thoughts. I suspect CCL won't have more than 5-7500
> at mediation because of this.
>
> Best,
>
> Brandon L. Chase, Esq.
> LAW OFFICES OF BRANDON L. CHASE, P.A.
> Personal Injury & Cruise Line Trial Lawyers

4

(305) 677-2228
www.CRUISELAWMIAMI.com


sent from my iPhone


Begin forwarded message:

> **From:** "Hilda akbarian " <hilda@farzamlaw.com>
> **Date:** October 3, 2018 at 2:39:58 PM EDT
> **To:** "'Webb, Donnise \(CCL\)'"
> <DDeSouza@carnival.com>, "'Navarro, Gelsis
> \(CCL\)'" <GNavarro@carnival.com>
> **Cc:** "'Joseph Farzam'" <joseph@farzamlaw.com>,
> <bchase@cruiselawmiami.com>
> **Subject: RE: HORACE DAVIS v CARNIVAL
> mediation on October 5, 2018 @ 10:00**
>
> Dear Ms. Webb:
>
> I tried to make the arrangements so that our client
> could get done with his deposition, IME and Mediation
> all in one flight but unfortunately it did not work with
> his schedule.  I am sorry for any inconvenience.
>
>
> **Hilda Akbarian-Legal Assistant**
> **JOSEPH FARZAM LAW FIRM**
> 11766 Wilshire Blvd., Suite 280
> Los Angeles, California, 90025
> Phone (310) 226-6890
> Fax (310) 226-6891
> www.farzamlaw.com
>
>
>
> **From:** Webb, Donnise (CCL)
> [mailto:DDeSouza@carnival.com]
> **Sent:** Wednesday, October 03, 2018 11:41 AM
> **To:** 'Hilda akbarian '; Navarro, Gelsis (CCL)
> **Cc:** 'Joseph Farzam'; bchase@cruiselawmiami.com
> **Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
> October 5, 2018 @ 10:00
>
> Respectfully, this is all quite bizarre.  Why did you have
> us go to the trouble of trying to get a last minute CME
> appointment for tomorrow?
>
> Best regards,
>
> **Donnise DeSouza Webb, Esq.**

**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838
| 📠: 305.406.4732 | ddesouza@carnival.com

**From:** Hilda akbarian [mailto:hilda@farzamlaw.com]
**Sent:** Wednesday, October 03, 2018 2:25 PM
**To:** Navarro, Gelsis (CCL); Webb, Donnise (CCL)
**Cc:** 'Joseph Farzam'; bchase@cruiselawmiami.com
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

Please be informed that the client, Mr. Davis will only
be available for the Mediation that is currently set for
Friday, October 5th at 10:00 a.m.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310) 226-6890
Fax (310) 226-6891
www.farzamlaw.com

**From:** Navarro, Gelsis (CCL)
[mailto:GNavarro@carnival.com]
**Sent:** Wednesday, October 03, 2018 9:43 AM
**To:** Hilda akbarian ; Webb, Donnise (CCL)
**Cc:** 'Joseph Farzam'; bchase@cruiselawmiami.com
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

Ok please let us know as soon as you can because we
need to advise the doctor.  Thank you.

*Gelsis M. Navarro*
*Legal Assistant to Donnise DeSouza Webb, Esq.,*
*Suzanne Brown Vazquez, Esq., & Valentina M.*
*Tejera, Esq.*
*Maritime Legal Services*
*Carnival Cruise Lines | 3655 NW 87th Ave,*
*Miami, Fl 33178 | 305.599.2600 Ext. 18024 |*
*gnavarro@carnival.com*

**From:** Hilda akbarian [mailto:hilda@farzamlaw.com]
**Sent:** Wednesday, October 03, 2018 11:44 AM
**To:** Navarro, Gelsis (CCL); Webb, Donnise (CCL)

**Cc:** 'Joseph Farzam'; bchase@cruiselawmiami.com
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

Good Morning:

Let me get in touch with our client and getting back to
you in an hour or so.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310) 226-6890
Fax (310) 226-6891
www.farzamlaw.com

---

**From:** Navarro, Gelsis (CCL)
[mailto:GNavarro@carnival.com]
**Sent:** Wednesday, October 03, 2018 8:01 AM
**To:** Hilda akbarian ; Webb, Donnise (CCL)
**Cc:** farzam@lawyer.com; bchase@cruiselawmiami.com
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

Hello Hilda, we checked and the ime doctor is able to fit
in the ime of your client tomorrow at 2:00 pm.
Donnise is available in the morning at 9:00 am.  for
plaintiff's depo.

Please confirm so that we may renotice.  Thank you.

*Gelsis M. Navarro*
*Legal Assistant to Donnise DeSouza Webb, Esq.,*
*Suzanne Brown Vazquez, Esq., & Valentina M.*
*Tejera, Esq.*
*Maritime Legal Services*
*Carnival Cruise Lines | 3655 NW 87th Ave,*
*Miami, Fl 33178 | 305.599.2600 Ext. 18024 |*
*gnavarro@carnival.com*

---

**From:** Hilda akbarian [mailto:hilda@farzamlaw.com]
**Sent:** Tuesday, October 02, 2018 1:03 PM
**To:** Webb, Donnise (CCL)
**Cc:** Navarro, Gelsis (CCL)
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

Thank you.  I will keep this in mind to always include her.  I am sorry for any inconvenience.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310) 226-6890
Fax (310) 226-6891
www.farzamlaw.com

---

**From:** Webb, Donnise (CCL)
[mailto:DDeSouza@carnival.com]
**Sent:** Tuesday, October 02, 2018 10:10 AM
**To:** 'Hilda akbarian '
**Cc:** Navarro, Gelsis (CCL)
**Subject:** RE: HORACE DAVIS v CARNIVAL mediation on October 5, 2018 @ 10:00

Hi Hilda,

I am again asking you to please include my assistant, Gelsis, on scheduling emails, as I do not check my emails when I am out of the office.  I doubt that we can get a medical examination scheduled with 2 days' notice, but I will have Gelsis check to see what can be done.

Best regards,

**Donnise DeSouza Webb, Esq.**
**Director | Carnival Cruise Line**
3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838
| 📠: 305.406.4732 | ddesouza@carnival.com

---

**From:** Hilda akbarian [mailto:hilda@farzamlaw.com]
**Sent:** Tuesday, October 02, 2018 12:34 PM
**To:** Webb, Donnise (CCL)
**Subject:** FW: HORACE DAVIS v CARNIVAL mediation on October 5, 2018 @ 10:00

Dear Ms. Webb:

Since Mr. Farzam and our client are coming to Florida for the October 5th's mediation, would you consider taking our client's deposition and his medical examination on either Thursday or Saturday.  Please inform.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310) 226-6890
Fax (310) 226-6891
www.farzamlaw.com

**From:** Joseph Farzam [mailto:joseph@farzamlaw.com]
**Sent:** Tuesday, October 02, 2018 4:55 AM
**To:** Hilda akbarian
**Subject:** Re: HORACE DAVIS v CARNIVAL mediation on
October 5, 2018 @ 10:00

I realize that but I wanted you to try to set it up so
he doesn't have to go there twice. Please call opc
and see if they can do his deposition and medical
exam both either on Thursday or Saturday.  If not,
we will have to buy tickets for me and client as well
as hotel for Thursday night.  I've already spoken
with the client.

Kind Regards,

Joseph S. Farzam, Esq.
JOSEPH FARZAM LAW FIRM
-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890
Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial firm fighting to
get Justice for victims"

On Oct 1, 2018, at 7:25 AM, Hilda akbarian
<hilda@farzamlaw.com> wrote:

> I already told them that those dates will
> not work with our office.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310) 226-6890
Fax (310) 226-6891
www.farzamlaw.com

**From:** Joseph Farzam
[mailto:joseph@farzamlaw.com]
**Sent:** Sunday, September 30, 2018
1:15 PM
**To:** Hilda akbarian
**Subject:** Re: HORACE DAVIS v
CARNIVAL mediation on October 5,
2018 @ 10:00

See if they'll do the deposition and
medical exam both on Thursday.
Otherwise we will only fly there for
the mediation. If he and I can be on
the same flight and in the same hotel
it would be great.

Kind Regards,

Joseph S. Farzam, Esq.
JOSEPH FARZAM LAW FIRM
-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890
Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial
firm fighting to get Justice for
victims"

On Sep 30, 2018, at 10:49 AM,
Joseph Farzam
<joseph@farzamlaw.com> wrote:

> Please send a copy of
> the demand to
> Brandon. Has my and
> client's flight been
> arranged yet?  I'll
> probably have to go
> Thursday night and
> fly back Friday night.
>
> Kind Regards,
>
> Joseph S. Farzam,
> Esq.
> JOSEPH FARZAM
> LAW FIRM

-----TRIAL LAWYERS------
11766 Wilshire Blvd, Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890
Fax: (310) 226-6891
Email: farzam@lawyer.com
Website: www.farzamlaw.com
"We are a Litigation and Trial firm fighting to get Justice for victims"

On Sep 28, 2018, at 11:08 AM, Hilda akbarian <hilda@farzamlaw.com> wrote:

> Dear Mr. Chase:
>
> Yes, we have submitted a demand package to Ms. Webb. Also, please be informed that I have already notified the Opposing counsel that both

the deposition and IME of our client can't be moving forward due a conflict of schedule.  They are waiting for me to give them new dates.  Currently Mr. Evans is working on the mediation brief.

**Hilda Akbarian-Legal Assistant**
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, California, 90025
Phone (310)

226-
6890
Fax
(310)
226-
6891
www.fa
rzamla
w.com

---

**From:**
Brando
n L.
Chase
[mailto:
bchase
@cruise
lawmia
mi.com]
**Sent:**
Friday,
Septem
ber 28,
2018
10:26
AM
**To:**
Joseph
Farzam;
Matthe
w
Evans
**Cc:**
Hilda
akbaria
n ;
Courtne
y
Druckm
an;
Yilian
Pimient
a
**Subjec
t:** FW:
HORAC
E
DAVIS
v
CARNIV
AL
mediati
on on
October
5, 2018

@
10:00

Joseph:

Have you submitted a demand to Donnise yet?  When will you be arriving in town next week?  The Court reporter's office is located a few blocks from my office, so let's plan to meet at my office before to prep and walk over together.  I am open all day 10/2 to meet with you and prep the witness

should he require any more of it.

Talk soon,

**Brandon L. Chase**
25 Southeast 2nd Avenue, Eighth Floor Miami, Florida 33131
Tel 305. 677.2228
Fax 305. 677.3232
**Maritime | Personal Injury**
[www.CRUISELAWMIAMI.com](http://www.CRUISELAWMIAMI.com)

---

**From:** Michael Essington <[michael.essington@yahoo.com](mailto:michael.essington@yahoo.com)>
**Sent:** Friday, September 28, 2018 11:05 AM
**To:**

'Webb, Donnise (CCL)' <DDeSouza@carnival.com>; 'Hilda' <hilda@farzamlaw.com>; 'Joseph Farzam' <joseph@farzamlaw.com>; Brandon L. Chase <bchase@cruiselawmiami.com>

**Cc:** 'Navarro, Gelsis (CCL)' <GNavarro@carnival.com>; 'Matthew Evans' <matthewe@farzamlaw.com>; Courtney Druckman <assistant@cruiselawmiami.com>

**Subject**: RE: HORACE DAVIS v CARNIVAL mediation on October 5, 2018 @ 10:00

Good Morning,

Please see attached.

Thank you and have a great weekend.

Mike

Michael P. Essington, Esq.*

Michael P. Essington, P.A.
1221 Brickell Avenue
Suite 2400
Miami, Florida 33131
(T) 305-347-5678
(F) 305-347-

5676
(C) 305-282-1783

[www.michaelessington.com](http://www.michaelessington.com)

*Florida Supreme Court Certified Circuit Mediator or United States District Court, Southern District of Florida, Certified Mediator

Disclaimer: This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or the

agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U..S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message.

**From:** Webb, Donnise (CCL) <DDeSouza@carnival.com>
**Sent:** Thursday, August

23,
2018
3:05
PM
**To:**
'Hilda'
<hilda
@farza
mlaw.c
om>;
'Joseph
Farzam'
<joseph
@farza
mlaw.c
om>;
'Michae
l
Essingt
on'
<micha
el.essin
gton@y
ahoo.co
m>
**Cc:**
'Brando
n L.
Chase'
<bchas
e@crui
selawm
iami.co
m>;
Navarr
o,
Gelsis
(CCL)
<GNava
rro@ca
rnival.c
om>;
'Matthe
w
Evans'
<matth
ewe@f
arzamla
w.com>
;
'Courtn
ey

Druckman' <[assistant@cruiselawmiami.com](mailto:assistant@cruiselawmiami.com)>

**Subject**: HORACE DAVIS v CARNIVAL - Case No.: 1:18-cv-21969-UU - Notice of filing Proposed Order Setting Mediation

Hi Everyone,

Per the below email, we will reserve Friday, Oct. 5th at 10:00 am for mediation on this case with Mike Essington.  I have

attached a copy of the Notice of Filing Proposed Order Scheduling Mediation, along the Proposed Order. This is due today. In order to avoid an Order to Show Cause, I will file same at 4:30 EST, unless Plaintiff's counsel notifies me of an objection otherwise.

Mike, would you please reserve the date

and time for us in your calendar?

Best regards,

**Donnise DeSouza Webb, Esq. Director | Carnival Cruise Line** 3655 NW 87th Ave, Miami, FL 33178 | ☎: 305.406.4838 | 📠: 305.406.4732 | [ddesouza@carnival.com](mailto:ddesouza@carnival.com)

---

**From:** Hilda [[mailto:hilda@farzamlaw.com](mailto:hilda@farzamlaw.com)]
**Sent:** Thursday, August 23, 2018

1:47 PM
**To:** Webb, Donnise (CCL); 'Joseph Farzam'
**Cc:** 'Brandon L. Chase'; Navarro, Gelsis (CCL); 'Matthew Evans'; 'Courtney Druckman'
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case No.: 1:18-cv-21969-UU

October 5th at 10:00 a.m., works fine our office schedule.

Hilda Akbarian-Legal Assistant
JOSEPH FARZAM LAW FIRM

11766
Wilshire
 Blvd.,
Suite
280
Los
Angeles
,
Californi
a,
90025
Phone
(310)
226-
6890
Fax
(310)
226-
6891
www.fa
rzamla
w.com

<180927_Deft's Notice of Taking
Deposition of Pltf.pdf>

<180927_Deft's Notice of IME.pdf>

<181205_Certification of Employee's Serious health Condition.pdf>

<Joint motion to continue.doc>